1   COREY R. AMUNDSON
    Chief, Public Integrity Section
2   Criminal Division, U.S. Department of Justice
    TANYA SENANAYAKE
3   Trial Attorney, Public Integrity Section
    D.C. Bar No. 1006218
4   Criminal Division, U.S. Department of Justice
    1301 New York Ave. 10th Floor
5   Washington, DC 20530
    Telephone: 202-514-1412
6   Email: Tanya.Senanayake@usdoj.gov

7   GARY M. RESTAINO
    United States Attorney
8   District of Arizona
    SEAN K. LOKEY
9   Assistant United States Attorney
    Arizona State Bar No. 033627
10  Two Renaissance Square
    40 N. Central Ave., Suite 1800
11  Phoenix, Arizona 85004
    Telephone:  602-514-7500
12  Email: sean.lokey@usdoj.gov
    *Attorneys for Plaintiff*

13

**REDACTED FOR PUBLIC DISCLOSURE**

14          IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF ARIZONA

15

16  United States of America,              No.   CR-22-1661-PHX-SPL (ESW)

17                  Plaintiff,                    **INDICTMENT**

18          vs.                            VIO:   18 U.S.C. § 875(c)
                                                  (Interstate Threat)
19  Joshua Russell,                               Counts 1-3

20                  Defendant.                    47 U.S.C. § 223(a)(1)(C)
                                                  (Threatening Interstate
21                                                Telephone Call)
                                                  Counts 4-6
22

23

24  **THE GRAND JURY CHARGES:**

25                  **BACKGROUND ALLEGATION**

26      1.      At all times relevant to the indictment, VICTIM-1 was an election official

27  who worked at the Arizona Secretary of State's Office in Phoenix, Arizona.

28

**COUNT 1**
**18 U.S.C. § 875(c)**
**(INTERSTATE THREAT)**

2.      On or about August 2, 2022, in the District of Arizona and elsewhere, the defendant JOSHUA RUSSELL, for the purpose of issuing a threat to injure and kill another person and with knowledge that the communication would be viewed as a threat to injure and kill another person, knowingly transmitted a communication in interstate and foreign commerce containing a true threat to injure and kill another person by stating the following in a voicemail telephone message he left for VICTIM-1 on VICTIM-1's desk phone voicemail system: "This message is for traitor [VICTIM-1's full name].  You've drug your feet, you've done nothing, to protect our election for 2020.  You're committing election fraud, you're starting to do it again, from day one.  You're the enemy of the United States, you're a traitor to this country, and you better put your sh[inaudible], your fucking affairs in order, 'cause your days [inaudible] are extremely numbered.  America's coming for you, and you will pay with your life, you communist fucking traitor bitch."

In violation of Title 18, United States Code, Section 875(c).

**COUNT 2**
**18 U.S.C. § 875(c)**
**(INTERSTATE THREAT)**

3.      On or about September 9, 2022, in the District of Arizona and elsewhere, the defendant JOSHUA RUSSELL, for the purpose of issuing a threat to injure and kill another person and with knowledge that the communication would be viewed as a threat to injure and kill another person, knowingly transmitted a communication in interstate and foreign commerce containing a true threat to injure and kill another person by stating the following in a voicemail telephone message he left for VICTIM-1 on the Arizona Secretary of State's office voicemail system: "This message is for terrorist [VICTIM-1's last name]. The only reason you're still walking around on this planet is because we're waiting for the midterms to see you prosecuted for the crimes you have done to our nation.  You are a terrorist.  You

1    are a derelict criminal.  And you have a few short months to see yourself behind bars, or

2    we will see you to the grave.  You are a traitor to this nation, and you will suffer the fucking

3    consequences."

4        In violation of Title 18, United States Code, Section 875(c).

5

6                            **COUNT 3**
                         **18 U.S.C. § 875(c)**
7                      **(INTERSTATE THREAT)**

8        4.    On or about November 15, 2022, in the District of Arizona and elsewhere,

9    the defendant JOSHUA RUSSELL, for the purpose of issuing a threat to injure and kill

10   another person and with knowledge that the communication would be viewed as a threat

11   to injure and kill another person, knowingly transmitted a communication in interstate and

12   foreign commerce containing a true threat to injure and kill another person by stating the

13   following in a voicemail telephone message he left for VICTIM-1 on the Arizona Secretary

14   of State's office voicemail system:  "This message is for communist, criminal, [VICTIM-

15   1's full name].  We will not endure your crimes on America another day.  You've been

16   busted, over and over again.  We will not wait for you to be drugged through court.  A war

17   is coming for you.  The entire nation is coming for you.  And we will stop, at no end, until

18   you are in the ground.  You're a traitor to this nation.  You're a fucking piece of shit

19   communist, and you just signed your own death warrant.  Get your affairs in order, cause,

20   your days are very short."

21       In violation of Title 18, United States Code, Section 875(c).

22

23                           **COUNT 4**
                       **47 U.S.C. § 223(a)(1)(C)**
24          **(THREATENING INTERSTATE TELEPHONE CALL)**

25       5.    On or about August 2, 2022, in the District of Arizona and elsewhere, the

26   defendant JOSHUA RUSSELL, did, in interstate and foreign communications, make a

27   telephone call and utilize a telecommunications device, whether or not conversation and

28

communication ensued, without disclosing his identity and with intent to threaten any specific person, by stating the following in a voicemail telephone message he left for VICTIM-1 on VICTIM-1's desk phone voicemail system:  "This message is for traitor [VICTIM-1's full name].  You've drug your feet, you've done nothing, to protect our election for 2020.  You're committing election fraud, you're starting to do it again, from day one.  You're the enemy of the United States, you're a traitor to this country, and you better put your sh[inaudible], your fucking affairs in order, 'cause your days [inaudible] are extremely numbered.  America's coming for you, and you will pay with your life, you communist fucking traitor bitch."

In violation of Title 47, United States Code, Section 223(a)(1)(C).

## COUNT 5
### 47 U.S.C. § 223(a)(1)(C)
### (THREATENING INTERSTATE TELEPHONE CALL)

6.      On or about September 9, 2022, in the District of Arizona and elsewhere, the defendant JOSHUA RUSSELL, did, in interstate and foreign communications, make a telephone call and utilize a telecommunications device, whether or not conversation and communication ensued, without disclosing his identity and with intent to threaten any specific person, by stating the following in a voicemail telephone message he left for VICTIM-1 on the Arizona Secretary of State's office voicemail system:  "This message is for terrorist [VICTIM-1's last name]. The only reason you're still walking around on this planet is because we're waiting for the midterms to see you prosecuted for the crimes you have done to our nation.  You are a terrorist.  You are a derelict criminal.  And you have a few short months to see yourself behind bars, or we will see you to the grave.  You are a traitor to this nation, and you will suffer the fucking consequences."

In violation of Title 47, United States Code, Section 223(a)(1)(C).

## COUNT 6
## 47 U.S.C. § 223(a)(1)(C)
## (THREATENING INTERSTATE TELEPHONE CALL)

7.     On or about November 15, 2022, in the District of Arizona and elsewhere, the defendant JOSHUA RUSSELL, did, in interstate and foreign communications, make a telephone call and utilize a telecommunications device, whether or not conversation and communication ensued, without disclosing his identity and with intent to threaten any specific person, by stating the following in a voicemail telephone message he left for VICTIM-1 on the Arizona Secretary of State's office voicemail system: "This message is for communist, criminal, [VICTIM-1's full name].  We will not endure your crimes on America another day.  You've been busted, over and over again.  We will not wait for you to be drugged through court.  A war is coming for you.  The entire nation is coming for you.  And we will stop, at no end, until you are in the ground.  You're a traitor to this nation.  You're a fucking piece of shit communist, and you just signed your own death warrant.  Get your affairs in order, cause, your days are very short."

In violation of Title 47, United States Code, Section 223(a)(1)(C).

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date:  December 14, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

_s/_
SEAN K. LOKEY
Assistant U.S. Attorney
District of Arizona

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division, U.S. Department of Justice

_s/_
TANYA SENANAYAKE
Trial Attorney, Public Integrity Section
Criminal Division, U.S. Department of Justice